```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FOWLER PACKING COMPANY, INC.,
               Plaintiff and    22-cv-3714 (JGK)
               Counter Defendant,
                                       ORDER
     - against -

NATHEL & NATHEL, INC.,
               Defendant and
               Counter Claimant.

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by June 17, 2022.

SO ORDERED.
Dated:    New York, New York
           June 3, 2022

                                             John G. Koeltl
                                  United States District Judge