UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------

FOWLER PACKING COMPANY, INC.,

    Plaintiff/Counter Defendant,

- against -

NATHEL & NATHEL, INC.,

    Defendant/Counter Claimant.
---------------------------------------

22-cv-3714 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 14, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           July 5, 2022

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                        United States District Judge